IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01195-RTG

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

BULMARO SILVESTRE SANTIAGO,

      Applicant,

v.

WARDEN, Denver Contract Detention Facility,
FIELD OFFICE DIRECTOR, Denver Field Office,
TODD M. LYON, Acting Director,
KRISTI NOEM, Secretary of Homeland Security, and
PAMELA JO BONDI, United States Attorney General,

      Respondents.

---

## <u>SECOND</u> ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant Bulmaro Silvestre Santiago is an immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado.  On March 23, 2026, Applicant filed *pro se* a Petition for a Writ of Habeas Corpus and paid the applicable filing fee (ECF No. 1).[1]  Thus, this habeas corpus action was opened.

Presumably in response to the Court's initial Order Directing Applicant to Cure Deficiencies (ECF No. 4), Applicant filed another Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 5), which is not the proper court-approved form.

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF).

Thus, as part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b),

Applicant's filing is *still* deficient as described in this order.  Applicant will be directed to

cure the following if he wishes to pursue any claims in this action.  Any papers that

Applicant files in response to this order must include the civil action number on this

order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(a) __ is not submitted
(b) __ is missing affidavit
(c) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form (must use the court's current form)
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other:

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) xx is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all respondents in Section B
(18) __ other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Applicant files in response to

this order must include the civil action number on this order.  It is

2

FURTHER ORDERED that Applicant shall obtain and utilize the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form. The Clerk of the Court shall send to Applicant a copy of the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form and the applicable instructions. Should Applicant need additional forms, they are available on the Court's website at: www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action may be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 31, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge